UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZULIN ZHENG, individually and on behalf of all other employees similarly situated,<br><br>        Plaintiff,<br>v.<br><br>ICHIGO ICHIE FRANKLIN LLC d/b/a INCHIGO ICHIE, JDJ ICHIGO ICHIE INC. d/b/a ICHIGO ICHIE, BRIAN K. CHENG, JUDY T. CHENG, LINGYAO LI a/k/a DAVID, AND LING XIN LI,<br><br>        Defendants. | Civil Action No. 1:24-cv-13100 |

**ORDER APPROVING SETTLEMENT**

Plaintiff Zulin Zheng and Defendants JDJ Ichigo Ichie, Inc., Lingyao Li, and Ling Xin Li (together, "Defendants") (collectively, "the Parties"), have presented to this Court a Joint Motion requesting that the Court approve a settlement under the Fair Labor Standard Act ("FLSA") pursuant to 29 U.S.C. § 216(b). Having reviewed the Parties' joint submission, the Court concludes that the settlement proposed is fair and reasonable, considering the complexity, expense and likely duration of this litigation; the uncertainty of Plaintiff prevailing on the merits; and the range of any potential recovery. The Court further finds that Plaintiff has, throughout these proceedings, been represented by competent counsel, and that the settlement negotiated with the assistance of a mediator, and acceptance of a mediator's proposal, is based on the independent review of the facts and the law by Plaintiff's counsel. There is no evidence of any fraud or collusion in connection with Parties' proposed resolution.

Accordingly, it is hereby ORDERED that:

1. This Court has jurisdiction over this civil action, including claims alleged under the FLSA, and the Parties;

2. This Court finds that the Parties' proposed resolution of this matter is fair and reasonable,

3. The Court hereby grants the Parties' Joint Motion for Approval of Settlement, and finally and unconditionally approves their final resolution of this matter.

4. The Court hereby stays this matter for 45 days from the date of this Order, and will retain jurisdiction to enforce the settlement through that date, with the Parties to file a joint stipulation of dismissal with prejudice before the expiration of that time period.

5. Each party shall bear their own, costs, expenses and attorneys' fees except as negotiated as part of their settlement agreement.

ORDERED AND ENTERED this  1st   day of  July             , 2025.

/s/ Brian E. Murphy
Brian E. Murphy
United States District Court Judge